UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



MICHAEL FREDERICK,
       Plaintiff

-v-

MICHAEL SHEHAN
       Defendant

DEPOSITION
CHANGE OF VENUE
CONSIDERATION

10-CV-06527 (CJS)

    PLEASE TAKE NOTICE that on October 12- 2012, Assistant Attorney General on behalf of Defendants filed a notice of deposition that will be commencing at 10:30 am on the 27th day of November 2012, at Southport Correctional Facility 236 Bob Masia Drive P.O Box 2000 Pine City, New York 14871

    Honorable Charles J. Siragusa, Plaintiff would ask the court to take into consideration that the facility the Assistant Attorney General assigned the commencement of said deposition at Southport Correctional Facility. This is the facility the Incident of December 2, 2009, took place and all the defendants who was involved in this excessive force is still employed at this said facility. I was already confronted, intimidated by several officers since I arrived back here. I would truly feel uncomfortable taking this deposition at this facility. I respectfully ask the courts to intervene in changing location of this deposition

Date October 16, 2012

Your Truly
M. Frederick
96A7056

# CERTIFICATE OF SERVICE

I certify that on October 21, 2012 I have mailed the foregoing Deposition Change of Venue to the Western District Court, and the Office of the Attorney General address to: Honorable Charles J. Siragusa U.S District Judge and Assistant Attorney General Bernard F. Sheehan. I hereby certify that I have mailed, by the United States Postal Service at Southport Correctional Facility.

*Michael Frederick*

MICHAEL FREDERICK
96A7056  Southport C.F.
Box 2000
Pine City, N.Y 14871.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL FREDERICK 96A7056
        Plaintiff          Medicare Demand
  -vs-                                             Reply

MICHAEL SHEAHAN et. al.,             10-CV-6527
        Defendant

Please Take Notice that plaintiff Michael Frederick is submitting my reply to defendants Demand for Medicare. I have never received medicare benefits as a beneficary as a adult, but I am not absolutely sure if I ever received medicare as a child or minor. I never had a Medicare Card similar to the one shown on the first page.

# CERTIFICATE OF SERVICE

I certify that on October 21, 2012 I have mailed the foregoing Medicare Demand to the Office of the Attorney General and the U.S District Court of Western District of New York. I hereby certify that I have mailed by the United States Postal Service at Southport Correctional Facility.

*Michael Frederick*

MICHAEL FREDERICK
96A7056 Southport C.F.
Box 2000
Pine City, N.Y 14871