Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Michael Frederick | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 10-CV-6527 |
| v. | |
| Patrick Murphy et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice.

| | |
|---|---|
| Date: April 17, 2018 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: Barbara Keenan<br>     Deputy Clerk |